IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RANDY LEE SPARKLIN,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0912

Opinion filed March 6, 2017.

An appeal from the Circuit Court for Bradford County.
Phillip Pena, Judge.

Randy Lee Sparklin, pro se, Appellant.

Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General
Counsel, Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.  Edwards v. Crews, 124 So. 3d 422 (Fla. 1st DCA 2013);

Sykes v. State, 31 So. 3d 846 (Fla. 1st DCA 2010).

B.L. THOMAS, OSTERHAUS, and BILBREY, JJ., CONCUR.